**Order entered October 17, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01343-CV

### MATT MALOUF, Appellant

### V.

### STERQUELL PSF SETTLEMENT, L.C., Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-02371**

## ORDER

On September 28, 2018, we ordered court reporter Vielica Dobbins to file, no later than October 8, 2018, a supplemental reporter's record containing plaintiff's exhibit 114. To date, the record has not been filed. Accordingly, we **ORDER** Ms. Dobbins to file the requested supplemental record **no later than October 22, 2018.**

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Dobbins and the parties.

/s/ DAVID EVANS
   JUSTICE